THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01904-RPM

NORTHGLENN, LLC,

    Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendant.
_____

## STAY ORDER
_____

Upon review of the Joint Motion to Stay Litigation Pending Appraisal filed September 23, 2013, [11], it is

ORDERED that the motion is granted. All pending deadlines and the October 1, 2013, scheduling conference are vacated. The parties shall submit a joint status report to the court on December 23, 2013.

Dated:  September 25th, 2013

                                                                 BY THE COURT:

                                                                  s/Richard P. Matsch
                                                                  _____
                                                                  Richard P. Matsch, Senior District Judge