THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01904-RPM

NORTHGLENN, LLC,

    Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendant.
_____

## ORDER FOR STATUS REPORT
_____

On January 22, 2014, counsel appeared for a hearing on appraisal issues. Nothing further has been filed and it is now

ORDERED that counsel shall file a status report on or before December 30, 2014.

Dated: December 16th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge