# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Senior District Judge Richard P. Matsch

Date:              June 16, 2015
Courtroom Deputy:  Bernique Abiakam
FTR Technician:    Kathy Terasaki

---

Civil Action No. 13-cv-01904-RPM

NORTHGLENN LLC,                                    Keith E. Frankl

     Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY
COMPANY OF AMERICA,                                Amy M. Samberg
                                                  Thomas H. Blomstrom

     Defendant.

---

## COURTROOM MINUTES

**Rule 16 Conference**

**1:51 p.m.      Court in session.**

Counsel present.

Preliminary remarks by the Court.

Discussion regarding case issues.

Comments by the Court regarding its ruling, in a previous case, that appraisal is not arbitration under Colorado Arbitration Act.

Discussion regarding discovery and deposition of appraisers.

The Court advises counsel regarding the availability of Magistrate Judge Nina Wang for purposes of settlement, by filing a joint motion.

Further discussion regarding statutory and bad faith claims, and summary judgment.

**ORDERED:   Plaintiff's Motion to Enforce Agreement to Have Appraisal Determine The Amount Due Under Policy Or, In the Alternative, For Partial Summary Judgment (Filed 6/15/25; Doc. No. 27) is DENIED.**

Scheduling ORDER approved and signed.

**2:16 p.m.    Court in Recess.**
Hearing concluded.
Total time in court: 25 minutes.