THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01904-RPM

NORTHGLENN, LLC,

    Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

    Upon review of Plaintiff's unopposed motion to amend the Scheduling Order to provide that Plaintiff may amend the Complaint up to and including October 15, 2015 [Doc. 36], it is

    ORDERED that the motion is granted.

    Dated: September 30th, 2015

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge