THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01904-RPM

NORTHGLENN, LLC,

    Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

Upon review of the Stipulated Motion to Amend Scheduling Order [Doc. 43], it is

ORDERED that the motion is granted as follows:

1. The parties shall complete the three identified fact depositions prior to January 15, 2016.

2. Expert disclosure deadlines are modified such that Plaintiff's disclosures will be due on February 8, 2016, Defendant's Expert Disclosures will be due on March 8, 2016, and rebuttal opinions will be done on April 8, 2016.

3. The deadline to complete expert discovery is extended to May 23, 2016.

4. The disposition motion deadline is extended to June 6, 2016.

Dated: December 16th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge