THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01904-RPM

NORTHGLENN, LLC,

    Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

    Defendant.
_____

ORDER AMENDING SCHEDULING ORDER
_____

    Upon review of Plaintiff's unopposed motion for an extension of time to allow disclosure of expert opinion of Engineer Paul Bennett of Exponent, up to and including February 10, 2016, and a corresponding two-day extension relating to Traveler's contracting expert engineer report [Doc. 47], it is

    ORDERED that the motion is granted.

    Dated:  February 9th, 2016

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge