THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01904-RPM

NORTHGLENN, LLC,

 Plaintiff,

v.

TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA,

 Defendant.

_____

ORDER OF DISMISSAL
_____

 Pursuant to the Stipulation of Dismissal [Doc. 53], it is

 ORDERED that this action is dismissed with prejudice.

 Dated: April 5, 2016

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge